## NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000613
18-DEC-2025
08:02 AM
Dkt. 30 ODMR**

NO. CAAP-24-0000613

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

TREVOR STEPHENS, Plaintiff/Counterclaim Defendant-Appellee, v.
ARON DEUTSCH and EMILY WESSEL, Defendants/Counterclaimants/
Third-Party Plaintiffs-Appellants,
and
SHERRY MATTOS, Third-Party Defendant-Appellee.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH KONA DIVISION
(CASE NO. 3DRC-24-0000724)

ORDER
(By: Leonard, Presiding Judge, and Hiraoka and Guidry, JJ.)

Upon consideration of self-represented Defendants/
Counterclaimants/Third-Party Plaintiffs-Appellants Aron Deutsch
and Emily Wessel's (together, **Appellants**) December 10, 2025
Motion to Set Aside Dismissal, which the court construes as a
motion for reconsideration of the May 13, 2025 Order Dismissing
Appeal, the papers in support, and the record,[1] IT IS HEREBY
ORDERED as follows:

1.     The motion for reconsideration is dismissed as
untimely.  See HRAP Rule 40(a) ("A motion for reconsideration may
be filed by a party only within 10 days after the filing of the
opinion, dispositional order, or ruling . . . .").

---

[1] The court did not consider Plaintiff/Counterclaim Defendant-Appellee
Trevor Stephens' December 15, 2025 memorandum in opposition to the Motion to
Set Aside Dismissal, because the court construed the motion as a motion for
reconsideration, to which a response is not permitted unless requested by the
court.  Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 40(c).

2.    The appellate clerk shall refund to Appellants the appellate filing fees received on December 8, 2025.

DATED: Honolulu, Hawaiʻi, December 18, 2025.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge